1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH HILL,                              No.  2:15-cv-2012 AC P

12                  Plaintiff,

13         v.                                   ORDER

14   GARY SWARTHOUT, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20   plaintiff's institution of incarceration has not been filled out and plaintiff has not filed a certified

21   copy of his prison trust account statement for the six month period immediately preceding the

22   filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to

23   submit a completed in forma pauperis application and a certified copy in support of his

24   application.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without

27   prejudice.

28   ////

                                                    1

1    2. Plaintiff shall submit, within thirty days from the date of this order, a completed

2    affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

3    of Court.  The affidavit must be accompanied by a copy of plaintiff's prison trust account

4    statement for the six month period immediately preceding the filing of the complaint.  Failure to

5    comply with this order will result in a recommendation that this action be dismissed without

6    prejudice.

7    3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

8    Forma Pauperis By a Prisoner.

9    DATED: January 25, 2016

10   _____

ALLISON CLAIRE

11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28