UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL, | No. 2:15-cv-2012 AC P |
| Plaintiff, | |
| v. | ORDER |
| GARY SWARTHOUT, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On October 30, 2017, the court ordered the United States Marshal to serve the complaint on defendants. ECF No. 18. Process directed to defendant Sandy was returned unserved because defendant "no longer works at the facility." ECF No. 20. It was further stated that the facility does not "have a forwarding address for [defendant] and will not accept service." Id. Plaintiff must provide additional information to serve defendant Sandy. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with

1

| | |
|---|---|
| 1 | an instruction sheet and a copy of the amended complaint filed March 15, 2017 (ECF No. 12); |
| 2 |     2. Within sixty days from the date of this order, plaintiff shall complete and submit the |
| 3 | attached Notice of Submission of Documents to the court, with the following documents: |
| 4 |         a. One completed USM-285 form for defendant Sandy; |
| 5 |         b. Two copies of the endorsed amended complaint filed March 15, 2017; and |
| 6 |         c. One completed summons form (if not previously provided) or show good cause |
| 7 | why he cannot provide such information. |
| 8 |     IT IS SO ORDERED. |
| 9 | DATED: January 11, 2018 |

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1  |   |
| 2  |   |
| 3  |   |
| 4  |   |
| 5  |   |
| 6  |   |
| 7  |   |
| 8  | UNITED STATES DISTRICT COURT |
| 9  | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 |   |

| KENNETH HILL, | No. 2:15-cv-2012 AC P |
|---|---|
| Plaintiff, |   |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| GARY SWARTHOUT, et al. |   |
| Defendants. |   |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_ completed summons form

\_\_1\_\_ completed USM-285 forms

\_\_2\_\_ copies of the \_\_\_\_March 15, 2017\_\_\_\_
Amended Complaint

DATED:

_____
Plaintiff

1