UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY SWARTHOUT, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2012 AC P<br><br><br>ORDER |

　　Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. §1983.

　　On January 11, 2018, plaintiff was ordered to submit service documents for defendant Sandy with alternate service information or show cause why he could not provide such information. ECF No. 22.

　　Plaintiff is no longer required to submit new service documents to the court because defendant Sandy returned a Waiver of Service of Summons. ECF No. 23 at 1. The Waiver of Service of Summons was filed with the court on January 18, 2018.

　　IT IS SO ORDERED.

DATED: January 23, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE