IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KENNETH HILL,**

Plaintiff,

v.

**GARY SWARTHOUT, et al.,**

Defendants.

Case No. 2:15-cv-02012 AC P

[PROPOSED] ORDER

Defendants Alcaraz, Mejorado, Sanders, Cappel, and Swarthout move the Court to modify the current scheduling order and grant an additional seven days to file dispositive motions. Good cause having been shown, Defendants' motion is granted. Dispositive motions are due no later than August 31, 2018.

IT IS SO ORDERED.

DATED: August 24, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE